Mark D. Mailman, I.D. No. MDM 1122
John Soumilas, I.D. No. JS0034
Gregory J. Gorski, I.D. No. GJG 3241
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KENNETH BARBAGLI, JR.**<br><br>    Plaintiff,<br><br>v.<br><br>**EQUIFAX MORTGAGE SERVICES, LLC and EQUIFAX INFORMATION SERVICES LLC,**<br><br>    Defendants. | Civil Action No.<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED<br><br>NON-ARBITRATION |

**PRELIMINARY STATEMENT**

1. This is an action for damages brought by individual consumer, Kenneth Barbagli, Jr., against Defendants for violations of the Fair Credit Reporting Act (hereinafter the "FCRA"), 15 U.S.C. §§ 1681, *et seq*.

**THE PARTIES**

2. Plaintiff Kenneth Barbagli, Jr. is an adult individual residing at 6 Gorgo Lane, Newfield, New Jersey 08344.

3. Defendant Equifax Mortgage Service, LLC (hereafter "EMS") is a consumer reporting agency and reseller of credit information which regularly conducts business in the

District of New Jersey and which has a principal place of business located at 6 Clementon Road East, Suite A2, Gibbsboro, NJ 08026.

4. Defendant Equifax Information Services, LLC (hereafter "Equifax") is a business entity which regularly conducts business in the District of New Jersey and which has a principal place of business located at 6 Clementon Road East, Suite A2, Gibbsboro, NJ 08026.

## JURISDICTION & VENUE

5. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

6. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

3. Defendants have been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties ("inaccurate information").

4. The inaccurate information includes, but is not limited to tax liens reporting with a balance against the Plaintiff which are believed to belong to Plaintiff's father.

5. Due to Defendant Equifax's faulty procedures, Equifax has been inaccurately reporting these tax liens on Plaintiff's consumer credit reports.

6. Due to Defendant EMS' faulty procedures, EMS prepared a credit report with public record information from Equifax that belonged to another consumer.

7. The inaccurate information negatively reflects upon Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a taxpayer and Plaintiff's credit worthiness.

8. Defendants have been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that it has disseminated to various persons and credit grantors, both known and unknown.

9. As a result of Defendants' conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress.

10. At all times pertinent hereto, Defendants were acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

11. At all times pertinent hereto, the conduct of the Defendants, as well as that of its agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## COUNT I –ALL DEFENDANTS
## VIOLATIONS OF THE FCRA

19. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

20. At all times pertinent hereto, Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

21. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

22. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

23. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendants are liable to Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §§ 1681e(b).

24. The conduct of Defendants are a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendants are liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### JURY TRIAL DEMAND

25. Plaintiff demands trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendants, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages; and

(d) Costs and reasonable attorneys fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

### DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates Mark Mailman and Gregory Gorski as trial counsel in the above-captioned matter. Plaintiff reserves the right to amend this designation as necessary.

## **ARBITRATION CERTIFICATION**

I, Mark Mailman, counsel of record do hereby certify pursuant to Local Civil Rule 201.1(d) that relief other than monetary damages is sought and that the damages sought are in excess of $150,000.  I further certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court.

                Respectfully Submitted,

                **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Mark D. Mailman*
        MARK D. MAILMAN, ESQUIRE
        JOHN SOUMILAS, ESQUIRE
        GREGORY GORSKI, ESQUIRE
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

        Attorneys for Plaintiff

Dated:   October 4, 2013